# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

DAVID WALKER,

        Petitioner,   :   Case No. 1:18-cv-903

 - vs -                       District Judge Susan J. Dlott
                                     Magistrate Judge Michael R. Merz

RON ERDOS, Warden,
  Southern Ohio Correctional Facility,

                                     :
        Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in this case is transferred from Magistrate Judge Litkovitz to Magistrate Judge Merz. The case remains assigned to District Judge Dlott for final decision.

March 12, 2020.

                                                         s/ *Michael R. Merz*
                                                   United States Magistrate Judge