**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

DAVID WALKER,

       Petitioner,       :       Case No. 1:18-cv-903

 - vs -       District Judge Susan J. Dlott
       Magistrate Judge Michael R. Merz

RON ERDOS, Warden,
  Southern Ohio Correctional Facility,

       :
       Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 11), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on April 2, 2020, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Petition be dismissed with prejudice. Pursuant to Fed.R.Civ.P. 58, the Clerk shall enter judgment to that effect.  Because reasonable jurists would not disagree with this conclusion, Petitioner is denied a certificate of appealability and the Court certifies to the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*.

April 22, 2020.       S/Susan J. Dlott
       Susan J. Dlott
       United States District Judge